UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 2, et al., | ) |
| Plaintiffs, | ) ) ) Cause No. 4:07-CV-01046 RWS |
| vs. | ) ) |
| DART DEVELOPMENT, L.L.C., | ) ) |
| Defendant. | ) |

## JUDGMENT AND ORDER

_____Plaintiffs' Motion for Partial Default Judgment against Defendant, Dart Development, L.L.C., is hereby GRANTED.

IT IS FURTHER ORDERED that Defendant shall submit its books, records and outstanding fringe benefit reports to Plaintiffs within twenty (20) days for review and copying.

SO ORDERED this 24th day of October, 2007.

United States District Court Judge