UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL ) <br> NO. 2, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> DART DEVELOPMENT, LLC, ) <br> ) <br> Defendant. ) | Case No.  4:07CV1046 RWS |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiffs' motion to compel post-judgment discovery. In an effort to collect on the judgment entered in this matter, Plaintiffs' deposed Defendant's agent, Kevin L. Jones, Sr. on May 7, 2012. Jones failed to bring documents to his deposition which were sought by Plaintiff's in their post-judgment discovery efforts. At his deposition, Jones stated that he would provide the requested documents by May 21, 2012. He has failed to do so. Plaintiffs filed the present motion to compel the production of those documents.

I will set a hearing of this motion. Kevin L. Jones, Sr. will be required to appear in person. Plaintiffs shall *personally* serve a copy of their motion and a copy of this order upon Jones with all due speed.

Accordingly,

**IT IS HEREBY ORDERED that** a hearing of Plaintiffs' motion to compel is set

on **November 20, 2102 at 9:30 a.m.** in Courtroom 16 South.  **Kevin L. Jones, Sr. must appear in person at the hearing**.

    **IT IS FURTHER ORDERED** that Plaintiffs' must serve a copy of their motion to compel and a copy of this order by personal service upon Kevin L. Jones, Sr.

                                            _____
                                            RODNEY W. SIPPEL
                                            UNITED STATES DISTRICT JUDGE

Dated this 1st day of November, 2012.